UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHLEEN ANN EAGER, | ) | CASE NO. CV 08-3451-ABC (PJW) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| T. HORNBEAK, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

DATED: June 24, 2009

*Audrey B. Collins*

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\cv 08-3451 PJW Eager Order accep r&r.wpd