UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ANN EAGER, | CASE NO. CV 08-3451-ABC (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| T. HORNBEAK, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 24, 2009

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\cv 08-3451 PJW Eager Judgment.wpd